**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Defendant*
*Walmart Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORTINA WILLIAMSON, an individual, | Case No.: 2:23-cv-00080-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |
| WALMART INC., a Foreign Corporation; DOES I through X inclusive; | |
| Defendants. | |

COMES NOW Plaintiff, CORTINA WILLIAMSON ("Plaintiff) by and through her counsel of record, The702Firm Injury Attorneys, and Defendant, WALMART, INC. ("Defendant") by and through its counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice.

///

///

///

///

1                                                                                 KB/27653

There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of March, 2023.                    DATED this 7th day of March, 2023.

**THE702FIRM INJURY ATTORNEYS**                       **ALVERSON TAYLOR & SANDERS**

*/s/ Fikisha Miller*                                  */s/ Kurt R. Bonds*
FIKISHA MILLER, ESQ.                                  KURT R. BONDS, ESQ.
8335 West Flamingo Road                               MADISON M. AGUIRRE, ESQ.
Las Vegas, NV 89147                                   6605 Grand Montecito Parkway, Suite 200
*Attorney for Plaintiff*                              Las Vegas, Nevada 89149
                                                      *Attorneys for Defendant*

### ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 9th day of March, 2023.         _____
                                           RICHARD F. BOULWARE, II
                                           UNITED STATES DISTRICT JUDGE